## No. 6754.

### SUCCESSION OF M. M. DOWLER. ON RULE AGAINST.

Under our laws no particular form is required in confessing a judgment. Any admission of the debt sued for, which leaves no issue to be tried, is in fact a confession of judgment, and if the confession goes only to a portion of the sum claimed, it is a confession *pro tanto.*

If by such confession the residue of the claim is reduced below the appealable sum, no appeal will lie.

APPEAL from the Second District Court of New Orleans. TISSOT, J.

*Lingan* for the Succession. *McGloin & Nixon* for Defendants in rule.

Mrs. Dowler took a rule on Hodgson, auctioneer, to compel him to pay her $750 cash proceeds of a sale made by him under an order of court. Hodgson averred his readiness to pay it, less the expenses and charges which reduce the sum to $359.70, and tendered that amount in open court. On trial the auctioneer's charges were allowed except $76, which was a discount allowed him by the newspapers on his advertisement. Hodgson appealed.

DE BLANC, J. Under the circumstances, what is really the matter in dispute? It is exclusively the discount of twenty-five per cent, which is $76, charged by Hodgson as having been paid by him for Mrs. Dowler, and which he admitted as a witness he had not paid. The judgment he seeks to reverse is based on his judicial admissions, and to the extent of these admissions, is a judgment confessed by him from which he had no right to appeal.

*The appeal is dismissed.*